| | |
|---|---|
| YANKWITT LLP<br>140 Grand Street, Suite 705<br>White Plains, New York 10601<br>Craig M. Cepler, Esq.<br>Tel.: (914) 686-1500 | Hearing Date: August 20, 2019 at 10:15 a.m.<br>Objections Due: August 17, 2019 at 12:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>BRADLEY C. REIFLER,<br><br>                Debtor. | Chapter 7<br><br>Case No.: 17-35075 (CGM) |

-------------------------------------------------------------------x

| | |
|---|---|
| MARIANNE T. O'TOOLE, AS CHAPTER 7<br>TRUSTEE OF THE ESTATE OF BRADLEY C.<br>REIFLER,<br><br>                Plaintiff,<br><br>  v.<br><br>BRADLEY REIFLER, NANCY REIFLER,<br>LISETTE ACKERBERG and/or JOHN DOE NO. 1<br>and 2 AS TRUSTEE OF THE ACKERBERG<br>IRREVOCABLE TRUST FBO KELSEY REIFLER;<br>*et al.*,<br><br>                Defendants. | Adv. Proc. No.: 19-9003 (CGM) |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEFENDANT LISETTE ACKERBERG'S MOTION
FOR A PROTECTIVE ORDER TEMPORARILY STAYING HER DEPOSITION**

**PLEASE TAKE NOTICE**, that on **August 20, 2019, at 10:15 a.m.**, or as soon

thereafter as counsel may be heard, a hearing shall be held at the United States Bankruptcy Court

for the Southern District of New York, 355 Main Street, Poughkeepsie, NY 12601 (the "Court")

before the Honorable Cecilia G. Morris, Chief United States Bankruptcy Judge, on the annexed

motion of defendant Lisette Ackerberg, by her counsel Yankwitt LLP, seeking the entry of an

Order, pursuant to Fed. R. Civ. P. 26(c), made applicable herein by Fed. R. Bankr. P. 7026,

temporarily staying Ackerberg's deposition until after October 31, 2019, to allow time for her health to improve.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, conform with the Bankruptcy Code and Rules, state with particularity the grounds therefor and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Cecilia G. Morris, Chief United States Bankruptcy Judge, and served upon Yankwitt LLP, counsel for Ackerberg, Attn: Craig M. Cepler, Esq., so as to be received no later than **August 17, 2019 at 12:00 p.m.**, as follows: (a) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that the hearing may be adjourned from time to time without any other announcement other than that set forth in open Court.

Dated:  White Plains, New York
       August 5, 2019

                                        YANKWITT LLP

                                   By:  _____
                                        Russell M. Yankwitt
                                        Craig M. Cepler
                                        140 Grand Street, Suite 705
                                        White Plains, New York 10601
                                        Tel.: (914) 686-1500
                                        Fax: (914) 801-5930
                                        *Attorneys for Defendant Lisette Ackerberg*