UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| IN RE: BRADLEY C. REIFLER | CASE NO: 17-35075 (CGM) |
| | ADVERSARY CASE NO: 19-9003 (CGM) |
| MARIANNE T. O'TOOLE, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF BRADLEY C. REIFLER,, | **CERTIFICATE OF SERVICE** |
| v. | Chapter: 7 |
| BRADLEY REIFLER, NANCY REIFLER, LISETTE ACKERBERG and/or John Doe No. 1 and 2, as Trustee of the ACKERBERG IRREVOCABLE TRUST FBO KELSEY REIFLER, et al. | ECF Docket Reference No. 18 |

On 8/14/2019, a copy of the following documents, described below,
Motion to Compel by the Chapter 7 Trustee Pursuant to Rule 37 of the Federal Rules of Civil Procedure ECF Docket Reference No. 18

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/14/2019

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrew D. O'Toole
O'Toole + O'Toole PLLC
22 Valley Road
Katonah, NY  10536

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MICHAEL D. SIEGEL ESQ.  
SIEGEL & SIEGEL P.C.  
ONE PENN PLAZA SUITE 2414  
NEW YORK NEW YORK 10119

CRAIG M. CEPLER ESQ.  
YANKWITT LLP  
140 GRAND STREET SUITE 705  
WHITE PLAINS NEW YORK 10601