UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

BRADLEY C. REIFLER,

                Debtor.

------------------------------------------------------------------x
MARIANNE T. O'TOOLE, AS CHAPTER 7
TRUSTEE OF THE ESTATE OF BRADLEY C.
REIFLER,

                Plaintiff,

v.

BRADLEY REIFLER, NANCY REIFLER,
LISETTE ACKERBERG and/or JOHN DOE NO. 1
and 2 AS TRUSTEE OF THE ACKERBERG
IRREVOCABLE TRUST FBO KELSEY REIFLER;
*et al.*,

                Defendants.

------------------------------------------------------------------x

Chapter 7

Case No.: 17-35075 (CGM)

Adv. Proc. No.: 19-9003 (CGM)

## SUPPLEMENTAL DECLARATION OF JAMIE WILLIAMS

    Jamie Williams makes the following declaration pursuant to 28 U.S.C. § 1746:

    1.    I am a business manager with the accounting firm of Hellie Hoffer & Company LLP in Los Angeles, California, and serve as the part-time bookkeeper of defendant Lisette Ackerberg ("Ackerberg"). As such, I am fully familiar with the facts and circumstances of this matter.

    2.    I make this Supplemental Declaration based upon my personal knowledge and my review of Ackerberg's financial records and to correct an inadvertent omission in my prior Declaration (Doc. #27-3) submitted in support of Ackerberg's motion for a protective order to quash document requests served by Marianne T. O'Toole, as Chapter 7 Trustee of the Estate of

Bradley C. Reifler, to the extent they seek (a) monthly statements for Ackerberg's brokerage accounts and (b) the trust agreement for the Amended and Restated Lisette Ackerberg Living Trust (the "Living Trust").

3. In addition to the bank and brokerage accounts maintained by the Living Trust identified in my initial Declaration, Ackerberg also maintains one bank account in her own name at City National Bank (the "CNB Account").

4. Ackerberg uses the CNB Account as a checking account to receive her social security benefits and to make smaller purchases.

5. Prior to the filing of this Supplemental Declaration, Ackerberg produced the electronic check register for the CNB Account for all checks and deposits between January 1, 2011, and December 26, 2017, all statements for the CNB Account for the period January 5, 2012, through December 5, 2017.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 10, 2019
Los Angeles, California

_____
Jamie Williams

2