**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Marianne T. O'Toole, as Chapter 7 Trustee of v.    CASE NO.: 19−09003−cgm
Bradley Reifler, Nancy Reifler, Lisette Ackerberg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  0

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on January 8, 2020, document number 61, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20−cv−01427 assigned to the Honorable Vincent L. Briccetti.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: February 19, 2020                                        Vito Genna
                                                                Clerk of the Court